# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

---

ANTHONY V. MARROCCO,

        Plaintiff-Appellee,

v

OAKLAND MACOMB INTERCEPTOR DRAIN
DRAINAGE DISTRICT, JIM NASH, and
MICHAEL GREGG,

        Defendants-Appellants.

UNPUBLISHED
June 16, 2016

No.  326575
Macomb Circuit Court
LC No.  2013-002615-CZ

---

ANTHONY V. MARROCCO,

        Plaintiff-Appellant,

v

OAKLAND MACOMB INTERCEPTOR DRAIN
DRAINAGE DISTRICT, JIM NASH, and
MICHAEL GREGG,

        Defendants-Appellees.

No.  327614
Macomb Circuit Court
LC No.  2013-002615-CZ

---

Before:  TALBOT, C.J., and MURRAY and SERVITTO, JJ.

SERVITTO, J. (*concurring*).

        I concur in the result only.

                                     /s/ Deborah A. Servitto

-1-